# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lizandro Jose Castresana-Rodriguez,  )<br>  )<br>Petitioner,  )<br>  )<br>v.  )<br>  )<br>Katherine S. Kane,  )<br>  )<br>Respondent.  )<br>                                                    ) | No. CV-07-1625 PHX-DGC (JCG)<br><br>**ORDER** |

Pending before the Court are Petitioner Lizandro Jose Castresana-Rodriguez's petition for writ of habeas corpus and United States Magistrate Judge Jennifer C. Guerin's Report and Recommendation ("R&R"). Dkt. ##1, 16. The R&R recommends that the Court deny the petition. Dkt. #16 at 8. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 8 (citing 28 U.S.C. § 636(b)(1)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d 1114, 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court will accept the R&R and deny the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P.

1  72(b) (same).

2  **IT IS ORDERED:**

3  1.  Magistrate Judge Jennifer C. Guerin's R&R (Dkt. #16) is **accepted**.

4  2.  Petitioner Lizandro Jose Castresana-Rodriguez's petition for writ of habeas corpus (Dkt. #1) is **denied**.

6  3.  The Clerk of Court shall **terminate** this action.

7  DATED this 3rd day of June, 2008.

*David G. Campbell*
David G. Campbell
United States District Judge